# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MATTHEW A. THOMAS, JR., KRISTINE THOMAS, AND MATTHEW A. THOMAS<br><br>**Plaintiffs**<br><br>v.<br><br>TOWN OF CHELMSFORD, CHELMSFORD SCHOOL COMMITTEE, FRANK TIANO, SCOTT MOREAU, BRUCE RICH, CHARLES CARLIRI, JEFFERY DOHERTY, ANTHONY SIRAGUSA, MICHELLE KENDER, BENJAMIN COLE, and MICHAEL MOEs 1-4<br><br>**Defendants** | Civil Action No. 16CV-11689-PBS |

## PLAINTIFFS' OPPOSTION TO THE CHELMSFORD SCHOOL COMMITTEE AND TOWN OF CHELMSFORD'S MOTION TO DIMISS

Now comes the Plaintiffs in the above captioned matter and hereby opposes the Town of Chelmsford and the Chelmsford School Committee, the municipal defendants' Motion to Dismiss and submits this Memorandum of Law that sets forth the reasons in support of their opposition.

## REQUEST FOR A HEARING

The Plaintiffs respectfully request oral argument on the municipal defendants' motion to dismiss.

Dated: March 1, 2017

        **MATTHEW THOMAS, JR.**
        **KRISTINE THOMAS**
        **MATTHEW THOMAS**
        **PLAINTIFFS**

        /s/ Brian W. Leahey
        Brian W. Leahey, Esq.
        BBO #567403
        Law Office of Brian W. Leahey, P.C.
        1 Bridgeview Circle, Suite 15
        Tyngsborough, MA 01879
        Tel: 978.459.0396
        Fax: 978.458.2307
        bleahey@leaheypc.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was filed through the Electronic Case Filing System for filing and that copies of this electronic service will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on March 1, 2017.

        /s/ Brian W. Leahey
        Brian W. Leahey. Esq.